

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00193-CV

| | | |
|---|---|---|
| COREY MICHAEL CHADWICK, CHADWICK CAPITAL, L.L.C., TEAM ONE PERCENT, L.L.C., AND CRYPTOLAND, L.L.C., Appellants | § § | On Appeal from the 481st District Court of Denton County (24-5551-481) |
| V. | § | November 6, 2025 |
| DEREK LYNN, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Corey Michael Chadwick, Chadwick Capital, L.L.C., Team One Percent, L.L.C., and CryptoLand, L.L.C., shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker